3:23cv385
[9]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OFFICE OF THE CLERK
911 JACKSON AVENUE, SUITE 369
OXFORD, MISSISSIPPI 38655

OFFICIAL BUSINESS

Justin McPhail
Grenada County Jail
Zone 3000
37 Doak St.
Grenada, MS 38901

JACKSON MS 390
27 AUG 2024 PM 3 L

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 38655
02 7H
000060960
$ 000.690
AUG 22 2024

Not an Inmate in the
Grenda County Jail

NIXIE  392  FE 1 1700  0006/30/24

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 38655336229④  *0647-10400-23-47